United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jace Shively  
    Debtor

Case No. 12-18415-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Aug 22, 2016  
                          Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.  
13020301      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC number D3347-014,     3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HARRY J. NEWMAN    on behalf of Debtor Jace   Shively lawyer@hjnlaw.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MELISSA JUSTINE CANTWELL    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-18415-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Jace Shively
2465 Chestnut Lane
Easton PA 18040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/19/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC number D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715 | GCAT Management Services 2015-13 LLC<br>1209 Orange Street<br>Wilmington Delaware, DE 19801 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/24/16

Tim McGrath
**CLERK OF THE COURT**