# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jace Shively <br>         <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-18415 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MTGLQ Investors, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8710

                                            Respectfully submitted,

                                            **<u>/s/Thomas Puleo, Esquire</u>**
                                            Thomas Puleo, Esquire
                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406