UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JACE SHIVELY,                           :        CASE NO. 12-18415-REF

                Debtors                         :        CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below he mailed a true and correct copy of his Application for Compensation and Reimbursement of Expenses via first class mail to the Debtor, the United States Trustee, the Chapter 13 Trustee, and to all creditors listed in the creditor matrix at the addresses listed in the creditors matrix.

DATED: 03/20/17

_____
Harry Newman, Esquire
Attorney for Debtor