## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JACE SHIVELY,                        :        CASE NO. 12-18415-REF

              Debtors                        :        CHAPTER 13

### ORDER

AND NOW, this_____day of _____, 2017, upon consideration of Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, Debtor's counsel, it is hereby ORDERED said Application is hereby approved.

BY THE COURT:

_____
J.