UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JACE SHIVELY,                    :        CASE NO. 12-18415-REF

                Debtors         :        CHAPTER 13

## **CERTIFICATION OF NO RESPONSE**

The undersigned hereby certifies that the deadline for responding to his Application for Compensation and Notice of the same was May 3, 2017. As of the time and date of filing this certification on May 8, 2017, no response of any kind has been received by the undersigned nor filed with the Bankruptcy Court.

WHEREFORE, Movant certifies the lack of objection to his application, and requests the Court enter the proposed Order approving his Application for Compensation.

Respectfully submitted,

DATED: 05/08/17

_____
Harry Newman, Esquire
Attorney for Debtor