UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JACE SHIVELY, | CASE NO. 12-18415-REF |
| Debtors | CHAPTER 13 |

**ORDER**

AND NOW upon consideration of Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, Debtor's counsel, it is hereby ORDERED said Application is hereby approved in the amount of $3200, $2000 of which has been paid.

BY THE COURT:

**Date: May 10, 2017**

_____
J.