United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-18415-ref
Jace Shively                                                    Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa             Page 1 of 1              Date Rcvd: May 10, 2017
                             Form ID: pdf900         Total Noticed: 4
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db            +Jace Shively,    2465 Chestnut Lane,     Easton, PA 18040-7890
aty           +Harry Newman,    210 E. Broad Street,    Bethlehem, PA 18018-6285
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE            E-mail/PDF: cbp@onemainfinancial.com May 11 2017 01:24:30   ONEMAIN FINANCIAL,
                 ONEMAIN FINANCIAL,    P.O. BOX 3251,    EVANSVILLE, IN   47731-3251
cr              E-mail/PDF: cbp@onemainfinancial.com May 11 2017 01:24:30      Springleaf Financial Services,
                 PO Box 969,    Evansville, IN   47706
                                                                                    TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          HARRY J. NEWMAN   on behalf of Attorney Harry  Newman lawyer@hjnlaw.com
          HARRY J. NEWMAN   on behalf of Debtor Jace  Shively lawyer@hjnlaw.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   GCAT Managmentt Services 2015-13 LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          MELISSA JUSTINE CANTWELL   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          THOMAS I. PULEO   on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JACE SHIVELY,                                    CASE NO. 12-18415-REF

                              Debtors                   CHAPTER 13

**ORDER**

AND NOW upon consideration of Application for Compensation and Reimbursement of

Expenses of Harry Newman, Esquire, Debtor's counsel, it is hereby ORDERED said Application

is hereby approved in the amount of $3200, $2000 of which has been paid.

BY THE COURT:

**Date: May 10, 2017**

_____
                                                        J.