United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-18415-ref
Jace Shively                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Jul 21, 2017
                     Form ID: 138NEW     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.

```
db              +Jace Shively,    2465 Chestnut Lane,    Easton, PA 18040-7890
aty             +Harry Newman,    210 E. Broad Street,    Bethlehem, PA 18018-6285
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12851210        +Aes/pnc Natl City,    Pob 2461,    Harrisburg, PA 17105-2461
12851211       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
12930104         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12851213        +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13778522        +GCAT Management Services 2015-13 LLC,    1209 Orange Street,
                  Wilmington Delaware, DE 19801-1120
13778532         MTGLQ Investors, LP,    P.O.Box 52708,    Irvine, CA 92619-2708
13595253        +MTGLQ Investors, LP,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
12851215       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Bank,    8480 Stagecoach Cir,    Frederick, MD  21701)
13023410        +WELLS FARGO BANK, N.A.,    JOSEPH PATRICK SCHALK,    Phelan Hallinan & Schmieg, LLP,
                  1617 JOHN F. KENNEDY BLVD. , SUITE 1400,    PHILADELPHIA, PA 19103-1814
12915113        +Wells Fargo Bank NA,    MELISSA JUSTINE CANTWELL,    Phelan Hallinan & Schmieg, LLP,
                  1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13020301        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC number D3347-014,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             +E-mail/Text: robertsl2@dnb.com Jul 22 2017 01:27:13      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:26:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2017 01:27:21      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: cbp@onemainfinancial.com Jul 22 2017 01:30:32      ONEMAIN FINANCIAL,
                  ONEMAIN FINANCIAL,    P.O. BOX 3251,    EVANSVILLE, IN   47731-3251
cr               E-mail/PDF: cbp@onemainfinancial.com Jul 22 2017 01:30:43      Springleaf Financial Services,
                  PO Box 969,    Evansville, IN  47706
12851212        +E-mail/Text: electronicbkydocs@nelnet.net Jul 22 2017 01:27:08      Dept Of Education/neln,
                  121 S 13th St,    Lincoln, NE 68508-1904
12947692        +E-mail/Text: electronicbkydocs@nelnet.net Jul 22 2017 01:27:08
                  Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                  3015 South Parker Road Suite 400,    Aurora CO 80014-2904
12851214         E-mail/PDF: cbp@onemainfinancial.com Jul 22 2017 01:30:42      Springleaf Financial Services,
                  PO Box 3251,    Evansville IN 47731
                                                                                               TOTAL: 8
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                     Signature:    /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Jul 21, 2017
                              Form ID: 138NEW            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          HARRY J. NEWMAN    on behalf of Debtor Jace   Shively lawyer@hjnlaw.com
          HARRY J. NEWMAN    on behalf of Attorney Harry   Newman lawyer@hjnlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GCAT Managmentt Services 2015-13 LLC
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          MELISSA JUSTINE CANTWELL    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jace Shively

    Debtor(s)

Bankruptcy No: 12−18415−ref

Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/21/17

82 − 81
Form 138_new