Certificate Number: 05781-PAE-DE-029796356

Bankruptcy Case Number: 12-18415



05781-PAE-DE-029796356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2017, at 1:47 o'clock PM PDT, Jace Shively completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 28, 2017                    By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President